**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| Steven L. Johnson, | ) | |
| | ) | **ORDER ADOPTING** |
| Plaintiff, | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Harry M. Hoberman, Rachel Wallock, | ) | Case No. 2:08-cv-15 |
| Peter Welte, and Christen Thelen, | ) | |
| | ) | |
| Defendants. | ) | |

On May 12, 2008, the Plaintiff filed a motion for a preliminary injunction and a temporary restraining order. <u>See</u> Docket No. 13.  The motion for a temporary restraining order was denied and the motion for a preliminary injunction was held in abeyance.  The requested preliminary injunction would enjoin the defendants from using a sexual offender risk assessment which was completed as part of a state court pre-sentence investigation report..

Magistrate Judge Karen K. Klein reviewed the Plaintiff's motion and on March 6, 2009, submitted a Report and Recommendation.  <u>See</u> Docket No. 49.  Judge Klein recommended that the Plaintiff's motion be denied.  The Plaintiff was given ten (10) days to file an objection to the Report and Recommendation.  The Plaintiff did not file an objection.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive.  Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 49) in its entirety and **DENIES** the Plaintiff's motion for a preliminary injunction (Docket No. 13).

**IT IS SO ORDERED.**

Dated this 31st day of March, 2009.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court